# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 7, 2018

## NO. 03-18-00326-CV

**Chief Brian Manley, Austin Police Department; Spencer Cronk, City Manager City of Austin; and Joya Hayes, Director of City of Austin Firefighters', Police Officers', and Emergency Medical Services Personnel Civil Service Commission, Appellants**

**v.**

**Austin Police Association, APA President Ken Casaday, and Robert Miljenovich, Appellees**

---

**APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
VACATED AND REMANDED ON JOINT MOTION –
OPINION BY JUSTICE PURYEAR**

---

This is an appeal from the interlocutory order signed by the trial court on May 9, 2018. The parties have filed a joint motion to remand, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion, vacates the judgment without regard to the merits, and remands the cause to the trial court for rendition of a judgment in accordance with the parties' agreement. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.